PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Raheem Jackson            Cr.: 04-00334-001
                                                                     PACTS#: 40693

Name of Sentencing Judicial Officer: Honorable William H. Walls

Date of Original Sentence: 12-21-05

Original Offense: Unlawful Transportation of Firearms (18 U.S.C. § 922 (g)(f))

Original Sentence: 51 months custody; 3 years supervised release

Type of Supervision: Supervised Release           Date Supervision Commenced: 10-24-08

## PETITIONING THE COURT

[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside in a community corrections center, halfway house or similar residential facility for a period of four (4) months. The defendant shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

## CAUSE

On January 31, 2009, the offender was arrested and charged with various narcotic violations. However, on March 4, 2009, all charges were dismissed in New Jersey Superior Court, Essex County due to lack of evidence.

Respectfully submitted,

By: Kevin Villa
U.S. Probation Officer
Date: March 12, 2009

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside in a community corrections center, halfway house or similar residential facility for a period of four (4) months. The defendant shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

Witness: _____   Signed: _____
U.S. Probation Officer                Supervised Releasee
Kevin Villa                           Raheem Jackson

_____
3/12/09
DATE

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **CHRISTOPHER MALONEY**<br>CHIEF PROBATION OFFICER<br><br>**WILFREDO TORRES**<br>SENIOR DEPUTY CHIEF PROBATION OFFICER<br><br>DEPUTY CHIEF PROBATION OFFICER<br>**THOMAS C. MILLER** | March 12, 2009 | SUPERVISION UNIT<br>20 WASHINGTON PLACE<br>6TH FLOOR<br>NEWARK, NJ 07102-3172<br>(973) 645-6161<br>FAX: (973) 645-2155<br><br>www.njp.uscourts.gov |

Honorable William H. Walls
United States Senior District Judge
P.O. Box 0999
Newark, New Jersey 07102-0999

RE:  JACKSON, Raheem
Case No. 04-00334-001
**REQUEST FOR MODIFICATION TO CONDITIONS OF SUPERVISION**

Dear Judge Walls:

On December 21, 2005, Your Honor sentenced Raheem Jackson after his conviction for Unlawful Transportation of Firearms ( 18 U.S.C. 922(g)(f)) to 51 months custody and three years supervised release with the following special conditions: DNA testing and a $100 special assessment. Jackson was released from custody on October 24, 2008. At this time, we are requesting a modification to conditions of supervision due to non-compliant behavior.

On January 31, 2009, members of the East Orange, New Jersey Police Department initiated a search warrant at a location in the city. This warrant was based upon a three-day undercover investigation into the sale of narcotics at a local residence. During the investigation, the offender was allegedly located inside the target apartment where narcotics were being sold. At the time of the search warrant, the offender and three other males were found inside the apartment along with U.S. currency and packaged cocaine. The offender and the other suspects were detained. On March 4, 2009, New Jersey Superior Court, Essex County Judge Frasca, dismissed all charges against Jackson, at the request of the Essex County Assistant Prosecutor. This request was based upon lack of evidence and the offender was immediately released.

Jackson waived his right to a hearing and has accepted a modification to his conditions of supervision to include placement in a Residential Re-Entry Center (RRC) for a period of four (4) months. We feel local placement in an RRC program will serve as the appropriate controlling action. In addition, this will also allow the offender to benefit from the RRC, as he was previously denied prior to his federal prison release due to an outstanding warrant. Jackson will be able to obtain additional resources with respect to employment while placed at the RRC.

Thank you for your time in this matter. We have attached the Form 49 and the Probation Form 12B for your review and approval. If you have any questions, please feel free to contact the undersigned officer at (973) 645-4692.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U. S. Probation Officer

By:  Kevin M. Villa
U. S. Probation Officer

/kmv
attachment