PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Raheem Jackson                                              Cr.: 04-00334-001

PACTS#: 40693

Name of Sentencing Judicial Officer: Honorable William H. Walls

Date of Original Sentence: 12-21-05

Original Offense: Unlawful Transportation of Firearms (18 U.S.C. § 922 (g)(f))

Original Sentence: 51 months custody; 3 years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 10-24-08

## PETITIONING THE COURT

[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

## CAUSE

On April 23, 2009, the offender submitted to a urine screen during the intake process at the Residential Re-Entry Center (RRC) in Newark. The specimen was sent to the lab and was returned positive for marijuana on May 13, 2009.

Respectfully submitted,

By: Kevin Villa
U.S. Probation Officer
Date: May 21, 2009

THE COURT ORDERS:
[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

Witness: _____
U.S. Probation Officer
Kevin Villa

Signed: _____
Supervised Releasee
Raheem Jackson

_____
5/21/09
DATE