PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Raheem Jackson     **Docket Number:** 04-00334-001
**PACTS Number:** 40693

**Name of Sentencing Judicial Officer:** Honorable William H. Walls, Senior United States District Judge

**Date of Original Sentence:** 12/21/2005

**Original Offense:** Unlawful Transportation of a Firearm, 18 U.S.C. § 922(g)(1)

**Original Sentence:** 51 months imprisonment; 3 years supervised release; $100 special assessment. Special condition: DNA Collection

**Modification:** 03/18/09. Included special condition for placement into a residential re-entry center for a period of four (4) months

**Modification:** 06/03/09. Included special condition for drug testing/treatment.

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 10/24/2008

**Assistant U.S. Attorney:** Phillip Degnan, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Lorraine Gauli-Rufo (AFPD), 972 Broad Street, 2nd Floor, Newark, New Jersey 07102 (973) 645-6347

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**The defendant shall reside in a community corrections center, halfway house or similar residential facility for the remainder of his supervised release and shall observe all the rules of that facility. The defendant shall not be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.**' |

On April 23, 2009, the offender was admitted into Toler House in Newark, New Jersey. On June 4, 2009, the offender was discharged from the program as a result of continuous disregard for the rules and regulations of the facility.

2. The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

While in Toler House, the offender submitted urine samples which yielded positive results for marijuana on April 23, May 13, and May 21, 2009.

Additionally, during office visits on June 4, June 9, June 23, June 30, July 9, July 14, and July 21, 2009, the offender submitted urine samples which yielded positive results for marijuana.

3. The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On October 7, 2009, the offender was arrested by members of the East Orange Police Department as a result of an ongoing investigation into heavy narcotic activity in the vicinity of South Harrison and Berwyn Street. The offender was initially charged with loitering with intent to distribute a controlled dangerous substance. The charge was subsequently downgraded to prowling in public places-controlled dangerous substance related.

On December 18, 2009, the case was dismissed in East Orange Municipal Court.

4. The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

On August 25, 2009, the offender failed to report as instructed to meet with the drug and alcohol treatment specialist. Additionally, the offender failed to report to the office as instructed on August 31, September 29, and November 5, 2009.

Additionally, throughout the course of supervision, the offender has failed to submit monthly written reports.

I declare under penalty of perjury that the foregoing is true and correct.

By: Jamel H. Dorsey
U.S. Probation Officer

Date: 1/8/10

---

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

15 July 2010
Date